JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10464**

MARILYN CLARK, Deriv. Plaintiff,
on Behalf of American International Group, Inc.

-v-

MARTIN J. SULLIVAN, et al.

and

American Int'l Group, Inc. Defendants
Nominal Defendant

Case No. _____

**Rule 7.1 Statement**

NOV 20 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__MARILYN CLARK__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: November 19, 2007

_____
**Signature of Attorney**

Attorney Bar Code: __TGA1515__

Form Rule7_1.pdf  SDNY Web 10/2007