IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN CLARK, Derivatively on Behalf of AMERICAN INTERNATIONAL GROUP, INC.,<br><br>                 Plaintiff,<br><br>vs.<br><br>MARTIN J. SULLIVAN, EDMUND S.W. TSE, WIN J. NEUGER, FRANK G. WISNER, BRIAN T. SCHREIBER, STEVEN J. BENSINGER, WILLIAM N. DOOLEY, FREDERICK W. GEISSINGER, ELIAS F. HABAYEB, ROBERT E. LEWIS, MARSHALL A. COHEN, MARTIN D. FELDSTEIN, ELLEN V. FUTTER, RICHARD C. HOLBROOKE, FRANK G. ZARB, STEPHEN L. HAMMERMAN, GEORGE L. MILES, JR., MORRIS W. OFFIT, MICHAEL H. SUTTON, FRED H. LANGHAMMER, JAMES F. ORR, III, VIRGINIA M. ROMETTY and ROBERT B. WILLUMSTAD,<br><br>                 Defendants,<br><br>  -and-<br><br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,<br><br>               Nominal Defendant. | Case No. 07-CV-10464 (LAP) |

[Caption continued on following page]

| | |
|---|---|
| DORIS STAEHR, Derivatively on Behalf of AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN J. SULLIVAN, EDMUND S.W. TSE, WIN J. NEUGER, FRANK G. WISNER, BRIAN T. SCHREIBER, STEVEN J. BENSINGER, WILLIAM N. DOOLEY, FREDERICK W. GEISSINGER, ELIAS F. HABAYEB, ROBERT E. LEWIS, MARSHALL A. COHEN, MARTIN D. FELDSTEIN, ELLEN V. FUTTER, RICHARD C. HOLBROOKE, FRANK G. ZARB, STEPHEN L. HAMMERMAN, GEORGE L. MILES, JR., MORRIS W. OFFIT, MICHAEL H. SUTTON, FRED H. LANGHAMMER, JAMES F. ORR, III, VIRGINIA M. ROMETTY and ROBERT B. WILLUMSTAD, <br><br> Defendants, <br><br> -and- <br><br> AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 07-CV-10466 (VM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is appearing as counsel of behalf of Nominal Defendant American International Group, Inc. in the above-captioned actions.

2

New York, New York
December 4, 2007

PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP

By: /s/ Robert N. Kravitz
Daniel J. Kramer
Robert N. Kravitz
Elizabeth L. Smith
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
(212) 373-3000
dkramer@paulweiss.com
rkravitz@paulweiss.com
esmith@paulweiss.com

*Attorneys for Nominal Defendant*
*  American International Group, Inc.*

TO; All Counsel of Record

3