UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN CLARK, Derivatively On Behalf of AMERICAN INTERNATIONAL GROUP, INC., <br><br>Plaintiff, <br><br>v. <br><br>MARTIN J. SULLIVAN, EDMUND S.W. TSE, WIN J. NEUGER, FRANK G. WISNER, BRIAN T. SCHREIBER, STEVEN J. BENSINGER, WILLIAM N. DOOLEY, FREDERICK W. GEISSINGER, ELIAS F. HABAYEB, ROBERT E. LEWIS, MARSHALL A. COHEN, MARTIN D. FELDSTEIN, ELLEN V. FUTTER, RICHARD C. HOLBROOKE, FRANK G. ZARB, STEPHEN L. HAMMERMAN, GEORGE L. MILES, JR., MORRIS W. OFFIT, MICHAEL H. SUTTON, FRED H. LANGHAMMER, JAMES F. ORR, III, VIRGINIA M. ROMETTY and ROBERT B. WILLUMSTAD, <br><br>Defendants, <br><br>and <br><br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation, <br><br>Nominal Defendant. | Civil Action No. 07-10464 (LKP) <br><br> RULE 7.1 STATEMENT |

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for nominal defendant American International Group, Inc. ("AIG")

Doc#: US1:5116459v2

certifies that AIG, a publicly held corporation, has no parent corporation and no publicly-held company owns ten percent (10%) or more of the stock of AIG.

Dated: New York, New York
       December 5, 2007

>                                PAUL, WEISS, RIFKIND,
>                                  WHARTON & GARRISON LLP
>
>                                By: /s/ Daniel M. Kravitz
>                                    Daniel J. Kramer
>                                    Robert N. Kravitz
>                                1285 Avenue of the Americas
>                                New York, New York 10019-6064
>                                (212) 373-3000
>                                dkramer@paulweiss.com
>                                rkravitz@paulweiss.com
>                                *Attorneys for Nominal Defendant*
>                                  *American International Group, Inc.*

Doc#: US1:5116459v2