UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

---------------------------------------------------------------X

MARILYN CLARK, Derivatively on Behalf of     :     07 CV 10464 (LAP)
AMERICAN INTERNATIONAL GROUP, INC.,          :

                Plaintiff,            :     **MEMORANDUM**

v.                                           :

MARTIN J. SULLIVAN, et al.,                  :

                Defendants.           :

---------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents American International Group, Inc. and/or its affiliates, and he works on some of those matters.

So Ordered:

Dated: New York, New York
       December 10, 2007

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA, U.S.D.J.

CGRAIG