UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION

This Document Relates to:
    ALL ACTIONS

Lead Case No. 07-CV-10464 (LAP)

(Derivative Action)

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is appearing as counsel of behalf of Nominal Defendant American International Group, Inc. in the above-captioned actions.

New York, New York
December 20, 2007

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

By: *Elizabeth Lazzaro Smith*
    Daniel J. Kramer
    Robert N. Kravitz
    Elizabeth L. Smith
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
(212) 373-3000
dkramer@paulweiss.com
rkravitz@paulweiss.com
esmith@paulweiss.com

*Attorneys for Nominal Defendant
American International Group, Inc.*

TO: All Counsel of Record