IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION | ) Lead Case No. 07-CV-10464 (LAP) ) ) ) ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER CONTINUING THE FILING OF PLAINTIFFS' CONSOLIDATED DERIVATIVE COMPLAINT

1. WHEREAS, two related shareholder derivative actions against certain officers and directors of nominal defendant American International Group, Inc. ("AIG") were filed in this Court on November 20, 2007;

2. WHEREAS, the two actions were consolidated by order dated December 10, 2007 and a Consolidated Derivative Complaint ("Consolidated Complaint") is due to be filed by February 8, 2008;

3. WHEREAS, plaintiffs have told AIG that they are continuing their ongoing investigation of their claims,

4. WHEREAS, plaintiffs have requested, and AIG has agreed to, a one week extension to file the Consolidated Complaint;

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiffs' Consolidated Complaint shall be served and filed by February 15, 2008;

2. Other filing deadlines shall be as set forth in the Stipulation and Order entered on December 10, 2007.

Dated: February 8, 2008               LAW OFFICES OF THOMAS G. AMON
                                      THOMAS G. AMON


                                              /s/ Thomas G. Amon
                                      _____
                                      THOMAS G. AMON (TGA-1515)

                                      250 West 57th Street, Suite 1316
                                      New York, N.Y. 10107

Telephone: (212) 810-2431
Facsimile:  (212) 810-2427

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
FELIPE J. ARROYO
JULIA M. WILLIAMS
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

Co-Lead Counsel for Plaintiffs

PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON, LLP
DANIEL J. KRAMER
ROBERT N. KRAVITZ

Dated: February 8, 2008

_____/s/ Robert N. Kravitz_____
ROBERT N. KRAVITZ

1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Counsel for Nominal Defendant American International Group, Inc.

\* \* \*

## ORDER

The above stipulation having been considered, and good cause appearing therefore,

IT IS SO ORDERED.

_____
DATED

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

319372_2.DOC