UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION<br><br>―――――――――――――――――――<br><br>This Document Related To:<br><br>ALL ACTIONS<br>―――――――――――――――――――  | )<br>) Lead Case No. 07-CV-10464 (LAP)<br>)<br>) (Derivative Action)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nominal Defendant American International Group hereby discloses that it is a publicly held corporation listed on the New York Stock Exchange and that no other publicly held corporation owns ten percent or more of its shares.

Dated: April 15, 2008
      New York, New York

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:_____
Joseph S. Allerhand (JA-3201)
Robert F. Carangelo (RC-3162)
Kathleen E. Murphy (KM-6285)
767 Fifth Avenue
New York, NY 10153
212 310-8000 (Telephone)
212 310-8007 (Fax)

*Attorneys for Nominal Defendant*
   *American International Group, Inc.*