UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION | ) ) Lead Case No. 07-CV-10464 (LAP) ) ) (Derivative Action) ) |
| This Document Related To: ALL ACTIONS | ) ) ) ) ) ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying affidavit of Robert F. Carangelo dated April 15, 2008 and the accompanying memorandum of law, defendants Steven J. Bensinger, William N. Dooley, Frederick W. Geissinger, Elias F. Habayeb, Robert E. Lewis, Win J. Neuger, Brian T. Schreiber, Martin J. Sullivan, Edmund S.W. Tse and Frank G. Wisner, will move this Court, before the Honorable Loretta A. Preska, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1320, New York, New York, on a date and at a time to be set by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1 dismissing plaintiffs' Verified Consolidated Shareholder Derivative Complaint and for such other or further relief as this Court may deem just and proper.

PLEASE ALSO TAKE NOTICE that pursuant to the Court's Order dated December 10, 2007, plaintiffs' answering papers opposing this motion are due on June 16, 2008, and defendants' reply papers in further support of this motion are due on July 16, 2008.

Dated: New York, New York
      April 15, 2008

WEIL, GOTSHAL & MANGES LLP

_____
Joseph S. Allerhand (JA-3201)
Robert F. Carangelo (RC-3162)
Kathleen E. Murphy (KM-6285)
767 Fifth Avenue
New York, NY 10153
212 310-8000 (Telephone)
212 310-8007 (Fax)

*Attorneys for Defendants*
   *Steven J. Bensinger, William N.*
   *Dooley, Frederick W. Geissinger, Elias*
   *F. Habayeb, Robert E. Lewis, Win J.*
   *Neuger, Brian T. Schreiber, Martin J.*
   *Sullivan, Edmund S.W. Tse and Frank*
   *G. Wisner*