## CERTIFICATE OF SERVICE

I, Kathleen E. Murphy, an attorney at Weil, Gotshal & Manges LLP, counsel for Nominal Defendant American International Group, Inc. ("AIG") and defendants Steven J. Bensinger, William N. Dooley, Frederick W. Geissinger, Elias F. Habayeb, Robert E. Lewis, Win J. Neuger, Brian T. Schreiber, Martin J. Sullivan, Edmund S.W. Tse and Frank G. Wisner (the "Officer Defendants"), hereby certifies, under penalty of perjury, that on April 15, 2008, I caused a copy of the annexed **NOTICE OF MOTIONS, MEMORANDA OF AIG AND THE OFFICER DEFENDANTS IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFFS' VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** and **AFFIDAVIT OF ROBERT F. CARANGELO** to be filed electronically with the Clerk of the Court using the ECF system, which will automatically send email notifications of such filings to all registered parties. I also certify that on April 15, 2008 I served the same via First Class U.S. mail upon:

>Thomas G. Amon
>Law Offices Of Thomas G. Amon
>250 West 57th Street, Suite 1316
>New York, NY 10107
>
>Brian J. Robbins
>Robbins Umeda & Fink, LLP
>610 West Ash Street, Suite 1800
>San Diego, CA 92101
>
>*Co-Lead Counsel for Plaintiffs*

/s/ Kathleen E. Murphy
Kathleen E. Murphy

NY1:\1552726\01\X@3@01!.DOC\14430.0038