UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) Lead Case No. 07-CV-10464 (LAP)<br>)<br>) (Derivative Action)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO ADMIT JULIA M. WILLIAMS *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Thomas G. Amon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Julia M. Williams
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Julia M. Williams is a member in good standing of the Bar of the State of California (#244400).

DATED: May 27, 2008      LAW OFFICES OF THOMAS G. AMON
    THOMAS G. AMON

    _____
    THOMAS G. AMON (TGA-1515)

    250 West 57th Street, Suite 1316
    New York, N.Y. 10107
    Telephone: (212) 810-2431
    Facsimile:  (212) 810-2427

    ROBBINS UMEDA & FINK, LLP
    BRIAN J. ROBBINS
    JEFFREY P. FINK
    FELIPE J. ARROYO
    JULIA M. WILLIAMS
    610 West Ash Street, Suite 1800
    San Diego, CA 92101
    Telephone: (619) 525-3990
    Facsimile:  (619) 525-3991

    Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) Lead Case No. 07-CV-10464 (LAP)<br>)<br>) (Derivative Action)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF THOMAS G. AMON IN SUPPORT OF MOTION TO ADMIT
JULIA M. WILLIAMS *PRO HAC VICE*** 

State of New York  )
                        ) ss:
County of New York  )

      Thomas G. Amon, being duly sworn, hereby deposes and says as follows:

      1.      I am an attorney with the Law Offices of Thomas G. Amon, counsel for plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Julia M. Williams as counsel *pro hac vice* to represent plaintiffs in this matter.

      2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 3, 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.      I have known Julia M. Williams since May, 2007.

      4.      Julia M. Williams is an associate attorney with Robbins Umeda & Fink, LLP, in San Diego, California.

      5.      I have found Ms. Williams to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      6.      Julia M. Williams is a member of good standing of the bar of the State of California, as evidenced by the annexed certificate enclosed as Exhibit A.

      7.      Accordingly, I am pleased to move for the admission of Julia M. Williams, *pro hac vice*.

-2-

8.    I respectfully submit a proposed order granting the admission of Julia M. Williams, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Julia M. Williams, *pro hac vice*, to represent plaintiffs in the above-captioned matter, be granted.

DATED: May 27, 2008
      New York, NY

                                                        THOMAS G. AMON

SUBSCRIBED TO AND SWORN TO before me this ___ day of _____ 2008.

_____
Notary Public

My Commission expires:

___03/01/2012___

HARRY H. WISE III
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WI6106451
Qualified in New York County
Commission Expires March 01, 2012

342837_1.DOC

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639   TELEPHONE: 888-800-3400

May 22, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JULIA MARIE WILLIAMS, #244400 was admitted to the practice of law in this state by the Supreme Court of California on November 22, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION | ) Lead Case No. 07-CV-10464 (LAP) ) ) (Derivative Action) ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JULIA M. WILLIAMS ON WRITTEN MOTION

Upon the motion of Thomas G. Amon, attorney for plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Julia M. Williams
>Robbins Umeda & Fink, LLP
>610 West Ash Street, Suite 1800
>San Diego, CA 92101
>Telephone: (619) 525-3990
>Facsimile: (619) 525-3991
>Email address: jwilliams@ruflaw.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: May ___, 2008
      New York, NY

                                                                    _____
                                                                    HONORABLE LORETTA A. PRESKA
                                                                    United States District Court Judge

342839_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION | ) Lead Case No. 07-CV-10464 (LAP)<br>)<br>) (Derivative Action)<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

LINETIA SHARPE, being duly sworn deposes and says:

I am over 18 years of age and am not a party to above-captioned action.

On Wednesday, May 28, 2008, I served a copy of the accompanying Notice of Motion upon the defendants by mailing a copy of it to their counsel of record in the action in a first class postpaid envelope that I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State, addressed to their counsel as follows:

Joseph S. Allerhand
Robert F. Carangelo
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

that being the address designated by them for that purpose, and at which they maintained an office.

Dated: New York, New York
May 28, 2008

_____
Linetia Sharpe

Sworn to before me
this 28th day of May 2008

_____
NOTARY PUBLIC

Thomas G. Amon
Notary Public, State of New York
No. 02AM6059182
Qualified in New York County
Commission Expires May 21, 2008