UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2007 DERIVATIVE LITIGATION | ) ) Lead Case No. 07-CV-10464 (LAP) ) ) |
| _____ | ) **Notice of Appearance** ) |
| This Document Related To: | ) ) |
| ALL ACTIONS | ) ) |

-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Timothy J. Cornell of the law firm Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Marshall A. Cohen, Martin D. Feldstein, Ellen V. Futter, Richard C. Holbrooke, Frank G. Zarb, Stephen L. Hammerman, George L. Miles, Morris W. Offit, Michael H. Sutton, Fred H. Langhammer, James F. Orr, Virginia M. Rometty, and Robert B. Willumstad (the "Outside Director Defendants") in this action and requests that all subsequent papers be served upon him at the following address:

      Timothy J. Cornell (tcornell@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954
      (212) 455-2000 (telephone)
      (212) 455-2502 (facsimile)

Dated: June 4, 2008
      New York, New York

                    SIMPSON THACHER & BARTLETT LLP

                      By: /s/ Timothy J. Cornell

                      425 Lexington Avenue
                      New York, NY 10017-3954
                      Telephone: (212) 455-2000
                      Facsimile: (212) 455-2502
                      Email: tcornell@stblaw.com

                      *Counsel for the Outside Director Defendants*