## CERTIFICATE OF SERVICE

I, Kathleen E. Murphy, an attorney at Weil, Gotshal & Manges LLP, counsel for Nominal Defendant American International Group, Inc. ("AIG"), hereby certifies, under penalty of perjury, that on July 16, 2008, I caused a copy of the annexed **REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY NOMINAL DEFENDANT AMERICAN INTERNATIONAL GROUP, INC.** and **AFFIDAVIT OF JOSEPH S. ALLERHAND** to be filed electronically with the Clerk of the Court using the ECF system, which will automatically send email notifications of such filings to all registered parties. I also certify that on July 16, 2008 I served the same via Federal Express Overnight upon:

> Jeffrey P. Fink
> Robbins Umeda & Fink, LLP
> 610 West Ash Street, Suite 1800
> San Diego, CA 92101
>
> Julia M. Williams
> Law Office of Julia M. Williams
> 610 West Ash Street
> Suite 1800
> San Diego, CA 92101
>
> *Counsel for Plaintiffs*

_____
Kathleen E. Murphy