UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re: AMERICAN INTERNATIONAL
GROUP, INC. et al.,

----------------------------------------------------------x



| | |
|---|---|
| 07 Civ. 10464 (LTS) | 08 Civ. 6109 (LTS) |
| 07 Civ. 10466 (LTS) | 08 Civ. 8003 (LTS) |
| 08 Civ. 7019 (LTS) | 08 Civ. 8690 (LTS) |
| 08 Civ. 6447 (LTS) | 08 Civ. 10264 (LTS) |
| 08 Civ. 5725 (LTS) | 08 Civ. 8659 (LTS) |
| 08 Civ. 5722 (LTS) | 08 Civ. 9162 (LTS) |
| 08 Civ. 5560 (LTS) | 08 Civ. 10586 (LTS) |
| 08 Civ. 5464 (LTS) | 08 Civ. 4772 (LTS) |
| 08 Civ. 5072 (LTS) | 08 Civ. 6979 (LTS) |

## ORDER

A conference in the above noted cases shall be held on Friday, March 13, 2009 at 2:00

p.m. in Courtroom 17C.  Counsel shall confer in advance and inform the court by letter no later than

Friday, March 6, 2009 of the following:

1. Whether the derivative cases should be consolidated;

2. Whether the ERISA cases should be consolidated;

3. Whether the securities cases should be consolidated;

4. Whether there is agreement on appointment of lead counsel in

  - the derivative cases

  - the ERISA cases

  - the securities cases

  If not, how counsel in those groups propose to proceed;

5. The status of any document retention agreements;

6. Defense counsels' intentions with respect to motions to dismiss in each group

of cases.

7.    Plaintiffs' counsel's intention with respect to amended pleadings in each group of cases.

8.    Preliminary discovery issues, including when discovery should commence, access to documents for all counsel and the like; and

9.    Other issues.

Counsel for Defendants shall circulate this notice to counsel in any related, pending actions not listed above.

The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF.  The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiffs' counsels, upon receiving notice of this Order, are hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel.  Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Dated: New York, New York
        February 3 , 2009

_____
LAURA TAYLOR SWAIN
United States District Judge