FILED
3/31/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
IN RE AMERICAN INTERNATIONAL
GROUP INC. DERIVATIVE LITIGATION

07 **CIVIL** 10464(LTS)

This Document Relates To:
All Actions

**JUDGMENT**

-------------------------------------------------------X

AIG having moved to dismiss plaintiffs' amended consolidated complaint pursuant to Fed. R. Civ. P. 23.1, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on March 30, 2010, having rendered its Opinion and Order granting AIG's motion to dismiss Plaintiff's Complaint for failure to make a demand on the Board, dismissing the Complaint in its entirety for failure to satisfy the requirements of Fed. R. Civ. P. 23.1, terminating the other motions to dismiss the Complaint that have been filed by various individual defendants and groups of individual defendants in light of the Court's conclusion that the pre-suit demand requirement has not been fulfilled, and directing the Clerk of the Court to enter judgment dismissing the Complaint for failure to make a pre-suit demand or allege demand futility sufficiently and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2010, AIG's motion to dismiss Plaintiff's Complaint for failure to make a demand on the Board is granted; the Complaint is dismissed in its entirety for failure to satisfy the requirements of Fed. R. Civ. P. 23.1; and the other motions to dismiss the Complaint that have been filed by various individual defendants and groups of individual defendants are all terminated in light of the Court's conclusion that the pre-suit demand requirement has not

been fulfilled; accordingly, the case is closed.

**Dated:** New York, New York
March 31, 2010

**J. MICHAEL McMAHON**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ___________